UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Jackie Williams, #231414, ) | |
| ) | C/A No.: 6:08-cv-03350-GRA |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| George T. Hagan, ) | (Written Opinion) |
| Warden of Allendale Correctional ) | |
| Institution, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

This matter comes before the Court on Petitioner's "Petition for Rehearing En Banc" and "Motion for Oral Argument." This Court, on February 26, 2010, dismissed Petitioner's § 2254 petition and granted Respondent's Motion for Summary Judgment.

Plaintiff brings this claim *pro se.* This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *See Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

Based on the mandate to construe *pro se* pleadings liberally, this Court will treat Petitioner's petition for rehearing as a motion for reconsideration, as this Court,

unlike the federal courts of appeal, has no process in which to hear cases *en banc*. After a thorough review of the record, this Court finds that its prior decision was and is correct as a matter of law. The Court appropriately dismissed Petitioner's case and properly denied Petitioner a certificate of appealability. Consequently, this Court must deny Petitioner's motions and affirm its denial of a certificate of appealability.

  IT IS THEREFORE ORDERED that Petitioner's Petition for Rehearing En Banc is DENIED.

  IT IS FURTHER ORDERED that Petitioner's Motion for Oral Argument is dismissed as moot.

  **IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

April 6, 2010
Anderson, South Carolina